UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED DEC - 2 2025 PRO SE OFFICE

25 CV 10026

__Renee Williams__
Write the full name of each plaintiff.

19-19 Hazen St East Elmhurst NY 11370 11370
Rose M. Singer Correction -against- Facility

Supreme County Court, Criminal Term
320 Jay St 17th Fl Bk NY 11201

District Attorney Eric Gonzalez
350 Jay St Bk NY 11201

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

(Include case number if one has been assigned)

**COMPLAINT**

Do you want a jury trial?
☐ Yes   ☐ No

I was Approve on CV07648 Case Nov 6, 2025

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

I cannot make copies Here

Rev. 1/9/17

I. **BASIS FOR JURISDICTION**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐ Federal Question

☒ Diversity of Citizenship

A. **If you checked Federal Question**

Which of your federal constitutional or federal statutory rights have been violated?

*Their illegal immigrant that marrying American so they can stayed in the United States, so immigrant can recieve their Green Card then My Husband were Married to Another Women while He had marriage me*

B. **If you checked Diversity of Citizenship** *May 08, 2018 At City Hall*

1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _Renee Williams_ (Plaintiff's name), is a citizen of the State of

_New York City 5 Borough within Homeless Shelter services_
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_Peter Ogbuka Chuwka 04/12/1982 Nigerian Abia_

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff. *Contract Marriage which was Abandon*

Page 2

Then on the situation toward the Brooklyn Defender I Did An ReAssigned Councel form paperwork in had it notarized to Remove those lawyer who made All Decision on my case without my partcipations in Not knowing that they made their own Decision on my option to Arraignment which was only for Defendant to Give an pleas option to the first changes of Assault 3rd Degree Which mean Defendant had An Dangerous Weapon or Dangerous Instrument which I was told it was An A misdemeanor in Not An E felony then Attached on Hate crime Charge Without Defendence being aware or Not Having An Arraignment or those change in not having The Right procedure penal law Code of 485.05 then Trying to use Article of Criminal pnal law of 730's Several court order which have their own protocol to follow which were not followed Right trying to claim that I'm incompetent to stand trial on an easy Charge which is A misdemeanor Minor change then Attach An misdemeanor to An Felony such as Hate Crime Made it conservative in not Concurrent the their only one indictment two changes

If the defendant is an individual:

The defendant, __Peter OGBuka__ , is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

__Nigeria Abia illegal foreigner__ .

If the defendant is a corporation:

The defendant, __Peter OGBuka__ , is incorporated under the laws of

the State of __Westchester Count Divorce/Separation With Another Women in Married to me__

and has its principal place of business in the State of __Westchester, NY 10601 As well__

or is incorporated under the laws of (foreign state) __Nigerian Abia__

and has its principal place of business in __New York State 10 Willow fl, NY Yonkers 11701__

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

__Renee__           __Williams__
First Name        Middle Initial        Last Name

__9005 old River Road St__
Street Address

__Onieda County__         __Marcy__    __NY__   __13403__
County, City             State         Zip Code

__757-527-0059__             __ReneeWilliams3370@aol.com__
Telephone Number            Email Address (if available)

Tenee Williams
Twin sister

Page 3

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

First Name: Rose
Last Name: Mc Singer
Current Job Title (or other identifying information): Correction Facility
Current Work Address (or other address where defendant may be served): East Elmhurst
County, City: East Elmhurst
State: NY
Zip Code: 11370

Defendant 2:

First Name: Guy James
Last Name: Mangano Jr
Current Job Title (or other identifying information): Honorable Judge
Current Work Address (or other address where defendant may be served): 320 Jay St Supreme County court Criminal Term
County, City: Brooklyn
State: NY USA
Zip Code: 11201

Defendant 3:

First Name: Eric
Last Name: Gonzalez
Current Job Title (or other identifying information): District Attorney Office
Current Work Address (or other address where defendant may be served): 350 Jay St
County, City: Brooklyn
State: USA
Zip Code: 11201

I was Approved on CV07648 on Nov 6, 2025

Page 4

I Also filled out in ReAssigned Coonsel paperwork on March 19, 2025 and had it notorized in Sent The Entity Refuse to Removed themselve told me I Have Asked the Judge within the Countrcom of the Date, Day month Appear in front of Heronable Judge Guy James Mangano Jr 14th fl specialterm 15-20

Defendant 4: _____
               First Name          Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____ _____ _____
County, City              State           Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: On An 730.50 Evaluation/Examination

Date(s) of occurrence: Remanded March 06, 2025 to Riker Island on An order of commitment

FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I soins Rose M. Singer Due to unEthically Breaking the New Admission Procedure Which Defendant was supposed to Be In New Admission for two weeks Dorm 6J6 then I came Into Riker Island with Money Which I order in it gotten stolen Because the Correction officer was keep moving me from Dorm to Dorm only to harrass me utilizing Correction officer family inmates. Trying to provoke me into An fight with Correction officer cousin sibling inmate at IEB I was provoke by C.O. Washington March 14, 2025 with inmate Stating out loud that I'm having sex with police officers for twenty Dollars In a Ten Dollar Crack So Due to the C.O. Conspiracies other officer were called to move me the second day I got In this IEB Dorm So March 15, 2025 at Lunch time they moved me to Building 1-3 Cells They Didnt even feed me nights in mornings.

Page 5

Then the state Has place me within unlawful Confinement In I Dont have any of the E felony charges in I Didnt have any weapon nor had made Any Derotorsy statement to the Alleged victim Race nationality Religion which Also I'm An slave child or grandchild Theirs no such things as Black women non man Being Racism to Asia, chinese, konean, Japan Due to slavery in oppression from white slave master which My Grandman sisters in her were slave my Grandma married Her Slave Master then left Him in so Hen married to someone Else in New York City in sold Her own Brownstone Building Home with Her Mulatto children. Black were slaves not white nor Asia, chinese, Konean, Japan in I'm Not in no gangs non social groups non political Groups.

Then The Officer's Kept me Inside the Cells for 7 Days and Refused to Feed me March 15, 2025 at night then I Believe I was Raped in cell 33, 36 then Aggravated Harrass By correction Officer utilizing the Smart Sex toy long Distance, Electronic Raped use For Diminatury For Submission. the Criminal Court In parole, probation Entity Runs on prostitution Rings Along with Correctional Facility of the State in the City of New York Along with other Conspiracyes. I was Raped on April 8, 2025 to April 9, 2025 Before Food Being

**INJURIES:** Displayed

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I was Bullied in Raped while Sleeping on sleeping Medication then the Camera in the Bubble where police one it Shuts off and on. I Feel humilated that correction Officer in their Sibling are Bullying me so I can catch in Charge. Then I'm Dealing with unlawful Imprisonment

**IV. RELIEF** on An Criminal Procedure law of Article 730's Exams

State briefly what money damages or other relief you want the court to order.

I want Restitution on Days inside Rikers Island In Dealing with False Arrest, False Charges. Assaults Is An Dangerous weapon with Also Dangerous Instruments Then Attaching Hate Crime Along with Assault 3rd charge without stating the penal law code of 485.05 legislative laws of 89.01- 89.05
Then I was Arrested may 23, 2025 And Released May 24 2025 at Central Bookins Given Temporary order of Protection

I've face Suppression of Due Process Clause An Sussten tive

Due process law Violated My 14th Amendments, 5th and 6th Amendments. I Being Force Coercion Labor Ever since my ACS Case 2010-2014 As well other's Entity that I will Be suing at civil matter courts Due to the certain Entity conspiracies that lead to Murder Attempt Murder As Well Sodomy Two Raped Baby Due to Cousin's, Foster parent, Parole, probation Entity's If you can looked at my civil matter against Center of Employment opportunities claims 398/23 then my Mim EX'S And Husband In her Engagement family In Also Judge in Her Member of Her family of the Cohen If you looked up my NYPD claims at 360 Adam St 10th Floor Room 295, BK NY 11201 Claims 222/25 293/2023 / Divorce that was Denied Claim 5222/19 Address I have on civil matter lawsuits One 215 Sackman St C2 Fl BK NY 11212 Then if you en looked at my Diposition at this location Address of NYPD In Cohen's Family Entrapment utilizing Law Enforcement FBI Enforcement Conspiracies Entrapment Sodomy please I wouldn't lie

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: _____   Plaintiff's Signature: _Renee Williams_

First Name: Renee   Middle Initial: _____   Last Name: Williams

Street Address: 9005 Old River Road St

County, City: Oneida County   State: USA NY   Zip Code: 13403

Telephone Number: 757-527-0059   Email Address (if available): ReneeWilliams337@aol.co

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7

**Application Process**

(1) <u>Applicants Not Represented by Assigned Appellate Counsel</u>: applying for resentencing is a two-step process.

    a. <u>Submit an Affidavit to Apply for Resentencing & Assignment of Counsel Form</u>

        (i) This is a sworn affidavit in which the applicant attests to satisfying the (7) factors listed above as well as additional factors demonstrating the financial need for a free attorney. Applicants can obtain this form by writing to:

            1. For applicants convicted in New York City:
Center for Appellate Litigation
120 Wall Street, 28th Floor
New York, NY 10005
ATTN: Domestic Violence Survivors Justice Act Information

*[handwritten: I wrote an letter]*

            2. For applicants convicted outside of New York City:
Cynthia Feathers
NYS Office of Indigent Legal Services
Alfred E. Smith Building
80 S. Swan Street, Suite 1147
Albany, NY 12210

        (ii) <u>For convictions arising **outside** of New York City only</u>: documentation, like a DOCCS inmate locator printout or time sheet, should also be submitted as proof that the applicant is still incarcerated and serving at least an 8-year sentence.

        (iii) <u>Where to send completed forms</u>: depends upon the county in which the applicant was convicted:

            1. <u>Upstate Counties</u>: send form **and** supporting documents to the judge that imposed the sentence the applicant is currently serving.

            2. <u>New York County</u>:
The CAP Unit
Criminal Term, New York County Supreme Court
100 Centre Street Courthouse, 10th Floor
New York, NY 10013
\* a courtesy copy can be sent to the sentencing judge as well

3. <u>Bronx County:</u>
   Hon. Robert E. Torres, Administrative Judge
   Criminal Term, Bronx County Supreme Court
   265 East 161st Street
   Bronx, NY 10451

4. <u>Kings County:</u>
   Kings County Supreme Court, Criminal Term
   Motions Department
   320 Jay Street
   Brooklyn, New York 11201

5. <u>Queens County:</u>
   Honorable Joseph A. Zayas
   Administrative Judge
   Queens County Supreme Court, Criminal Term
   125-01 Queens Boulevard
   Kew Gardens, New York 11415

6. <u>Richmond County:</u>
   Richmond County Supreme Court, Criminal Term
   Motions Department
   26 Central Avenue
   Staten Island, New York 10301

*[Handwritten margin note left]: I Attend 300 Cadmm Plaza West 17th Bk NY 11201 Across the street from 156 or 154 Pierrepont St. the Brooklyn Defenders Private office*

*[Handwritten margin note right]: I wrote All of these — count to Be Resentence or to Drop the Case it Been — Three years without no Real Count Procedure.*

b. <u>Decision on Requests:</u> the court will notify the applicant by mail as to whether their request to apply for resentencing & assignment of counsel has been accepted or rejected.

(i) <u>If Accepted:</u> applicant will be represented by an attorney and can submit a motion to be resentenced.

1. This motion must include at least two documents showing the applicant was subjected to domestic violence. At least one document must be one of the following:

   (a) court record
   (b) pre-sentence report
   (c) social services record
   (d) hospital record
   (e) sworn statement from a witness to the domestic violence
   (f) law enforcement record
   (g) domestic incident report
   (h) order of protection

-3-

Copy

# WHAT IS THE DOMESTIC VIOLENCE SURVIVORS JUSTICE ACT?

Criminal Procedure Law § 440.47(1), known as the Domestic Violence Survivors Justice Act (DVSJA), allows the sentencing court to resentence a domestic violence survivor who suffered sexual, psychological or physical abuse that contributed to his or her conviction if certain, specific criteria are met.

Seven factors determine eligibility, and the application process differs slightly for applicants who are represented by their court-appointed appellate attorney, and applicants who are not.

I. **Eligibility**

*[handwritten: Well organize crime utilizing Criminal Penal Law]*

(1) <u>Incarceration/Prison Sentence</u>: applicant must currently be incarcerated and serving a sentence of at least 8-years;

(2) <u>Sentencing Status</u>: only applicants who were sentenced as first or second felony offenders are eligible; applicants sentenced as second violent felony offenders or persistent violent felony offenders are not qualified; sentence and commitment sheet and/or sentencing minutes should contain this information;

(3) <u>Conviction</u>: the underlying conviction upon which resentencing is sought **cannot be** for any of the following crimes:

– Second-degree murder under P.L. § 125.25 (5) (killing of a child under 14 years old by a person over 18 years of age during a sexual act)

– First-degree murder under P.L. § 125.27

– Aggravated murder under P.L. § 125.26

– Acts of terrorism under P.L. Art. 490

– The attempt or conspiracy to commit any of the above-listed crimes

– Any offense requiring registration under the Sex Offender Registration Act

(4) <u>Crime Date</u>: the alleged crime must have been committed before August 12, 2019;

(5) <u>Domestic Abuse</u>: applicant must have been the victim, or suffering from the effects, of domestic violence in that he or she was subjected to substantial physical, sexual or psychological abuse;

(6) <u>Abuser</u>: applicant's abuser must have been a family member or someone who lived in the same household or foster home; that includes someone the applicant was or is married or engaged to, someone related by blood or adoption (for example, a parent, sibling, aunt/uncle, cousin), someone who usually lived in the same home, someone the applicant has a child with, or someone the applicant has or had an intimate relationship with even if they never lived together;

(7) <u>Relationship of the Crime to the Abuse</u>: the abuse must have been a "significant contributing factor" to the alleged criminal behavior. However, the abuser does <u>not</u> have to be the alleged victim of the crime of which the applicant was convicted.

*[handwritten: I am Victim and Having yut Survivor]*

-1-

Nov 23, 2025

US POSTAGE
quadient
FIRST-CLASS MAIL
IMI
$001.03
11/25/2025 ZIP 13403
043M31232360

RECEIVED
NY PRO SE OFFICE
25 DEC -2 PM 3: 52

Renee Williams
P.O. BOX 300
MARCY, NEW YORK 13403-0300
9005 Old River Road St
Marcy, NY 13403
G#23116 floor 501

The Daniel Patrick Moynihan
United States Court House
Southern District of New York
500 Pearl St Room 2001 New York, NY 10007

USM P3 SDNY