UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RENEE WILLIAMS,

                              Plaintiff,

              -against-                                          25-CV-10026 (LTS)

ROSE M. SINGER CORRECTIONAL                                    ORDER OF DISMISSAL
FACILITY, ET AL.,

                              Defendants.

LAURA TAYLOR SWAIN, Chief United States District Judge:

    By order dated December 19, 2025, the Court directed Plaintiff, within thirty days, to

submit a completed request to proceed *in forma pauperis* ("IFP application") and prisoner

authorization or pay the $405.00 in fees required to file a civil action in this court. That order

specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed

an IFP application and prisoner authorization or paid the fees. Accordingly, the complaint is

dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would

not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf.*

*Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates

good faith when he seeks review of a nonfrivolous issue).

    The Court directs the Clerk of Court to enter judgment in this case.

SO ORDERED.

Dated:    February 20, 2026
          New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge