UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RENEE WILLIAMS,

                    Plaintiff,

        -against-                                    25-cv-10026 (LTS)

ROSE M. SINGER CORRECTIONAL                          CIVIL JUDGMENT
FACILITY, ET AL.,

                    Defendants.

For the reasons stated in the February 20, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    February 26, 2026
          New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge